IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and<br>STATE OF MONTANA, | ) <br> ) <br> ) | CV 08-30-H-DWM |
| Plaintiffs, | ) <br> ) | |
| vs. | ) <br> ) <br> ) | **ORDER ENTERING SETTLEMENT AGREEMENT** |
| ASARCO, LLC,<br>ATLANTIC RICHFIELD COMPANY, and<br>ARCO ENVIRONMENTAL REMEDIATION, L.L.C., | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

Upon consideration of the Unopposed Motion to Enter Settlement Agreement and supporting Brief filed by the United States and the State of Montana,

**IT IS HEREBY ORDERED** that the motion (dkt # 5) is **GRANTED**, and that the Settlement Agreement Regarding the Upper Blackfoot Mining Complex, which was lodged with this Court on April 25, 2008 [dkt# 2-2], is approved and is deemed entered this day.

Entered this 12th day of June, 2008.

_____
DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT